JOSEPHINE CASSEL, as Administratrix of the Estate of CHARLES L. CASSEL, Deceased, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Cassel* v. *City of New York*, 177 App. Div. 917, affirmed.
(Submitted June 4, 1918; decided July 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 9, 1917, *unanimously* affirming a judgment in favor of defendant entered upon a verdict in an action to recover damages to plaintiff's hotel and restaurant business alleged to have been caused by the unnecessary obstruction and excavation of an adjoining street and unnecessary delay and negligence in the construction of a sewer. The defense was that the excavation in question was necessitated by the construction of a sewer; that it was a public work, carried on by and under the authority and direction of law; that the contractors who performed the work were independent contractors, and that the city was not responsible for their tortious acts.

*Chase Mellen* for appellant.

*William P. Burr,* Corporation Counsel (*Terence Farley* and *John F. O'Brien* of counsel) for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN and CARDOZO, JJ. Not voting: McLAUGHLIN, J.